| Attorney or Party without Attorney:<br>Adam Wolek, Esq. ()<br>Fox Rothschild LLP<br>777 S Flagler Dr Suite 1700<br>West Palm Beach, FL 33401<br><br>Telephone No:   561-835-9600<br><br>Attorney For:   Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| **Insert name of Court, and Judicial District and Branch Court:**<br>USDC Southern District of Florida, West Palm Beach Division | | |
| Plaintiff:   GRILL RESCUE LLC d/b/a RESCUE LLC<br>Defendant:   SHENZHEN REEKOOS HOUSEWARE CO. LTD; et al. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>9:26-cv-80481-DMM |
|---|---|---|---|---|

1.   *At the time of service I was at least 18 years of age and not a party to this action.*

2.   I served copies of the Summons in a Civil Action; Verified Complaint

3.   *a.   Party served:*     Frost Buddy LLC
     *b.   Person served:*   Mitch Mammoser, Registered Agent

4.   *Address where the party was served:*   511 W Frederic Ave., Effingham, IL 62401

5.   *I served the party:*
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, May 21 2026 (2) at: 10:39 AM

6. **Person Who Served Papers:**
     a. Steve Bone ()
     b. **FIRST LEGAL**
        2920 N. GREEN VALLEY PARKWAY, SUITE 514
        HENDERSON, NV 89014
     c. (888) 599-5039

     **d.** *The Fee for Service was:*

7.   *I declare under penalty of perjury that the foregoing is true and correct.*

5/26/2026
_____
(Date)

*Steve Bone*
_____
(Signature)



**PROOF OF
SERVICE**

*15942769*
*(426733)*