UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:26-cv-80481-DMM

GRILL RESCUE LLC d/b/a RESCUE LLC,

Plaintiff,

v.

SHENZHEN REEKOOS HOUSEWARE
CO. LTD, et al.,

Defendants.
_______________________________________/

**DEFENDANT FROST BUDDY LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant Frost Buddy LLC ("Frost Buddy") hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Frost Buddy hereby names and identifies the citizenship of the following individuals and entities whose citizenship is attributed to it:

Frost Buddy is a limited liability company formed under the laws of the State of Illinois. Frost Buddy has three members: Mitch Mammoser, a citizen of Illinois; Brock Mammoser, a citizen of Florida; and Evalia Enterprises, LLC, a Delaware limited liability company. Evalia Enterprises, LLC's sole member is Jerry McDaniel, who is a citizen of Illinois.

Dated: June 8, 2026. Respectfully submitted,

By: **s/ Aleksey Shtivelman**
Aleksey Shtivelman
Florida Bar No. 99159
ashtivelman@shutts.com

SHUTTS & BOWEN LLP
200 S. Biscayne Boulevard,
Suite 4100
Miami, Florida 33133
Tel.: (305) 379-9135

and

Michael J. Hickey
*Admitted Pro Hac Vice*
Bridget Hoy
*Admitted Pro Hac Vice*
LEWIS RICE LLC
600 Washington Avenue,
Suite 2500
St. Louis, MO 63101
Tel.: (314) 444-7600
mhickey@lewisrice.com
bhoy@lewisrice.com

*Attorneys for Defendant*
*Frost Buddy LLC*