**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| GRILL RESCUE LLC d/b/a RESCUE LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>SHENZHEN REEKOOS HOUSEWARE CO.<br>LTD; WEILIANG GU; and FROST BUDDY<br>LLC<br><br>　　　Defendants. | )<br>)<br>)<br>)  Case No. 9:26-cv-80481-DMM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF GRILL RESCUE LLC'S MOTION FOR AN UNCONTESTED EXTENSION**
**OF TIME TO RESPOND TO DEFENDANT FROST BUDDY LLC'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Plaintiff Grill Rescue LLC d/b/a Rescue LLC ("Plaintiff"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1(a)(1)(J), respectfully moves before this Court for an UNCONTESTED twenty-one (21) day extension of time, up to and including July 30, 2026, to respond to Defendant Frost Buddy LLC's Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss"). In support thereof, Plaintiff states as follows:

**BACKGROUND**

1. Defendant Frost Buddy LLC filed its Motion to Dismiss on June 25, 2026.

2. Plaintiff's current deadline to respond to the Motion to Dismiss is July 9, 2026.

3. The Federal Rules of Civil Procedure provide that the court may extend the time to respond for good cause before the original time or its extension expires. Fed. R. Civ. P. 6(b). "Good cause in this context is not a strict standard. It is meant to accommodate any myriad of circumstances that might necessitate more time." *Duarte v. Rivera*, No. 2:25-CV-408-SPC-KCD, 2025 WL 2337301, at *1 (M.D. Fla. Aug. 13, 2025) (citing *Gillio v. US Bank NA*, No.

612CV1548ORL36TBS, 2013 WL 12387342, at *1 (M.D. Fla. July 1, 2013)) ("The Court routinely grants extensions when they are sought in good faith; do not prejudice a party; are not likely to create future case management problems; the Court will still have sufficient time to decide dispositive motions; and the extension will not impact the trial date.").

4.     Under the circumstances, good cause exists for the requested extension. Plaintiff first learned of the scope and extent of the grounds asserted in Frost Buddy's Motion to Dismiss and arguments therein when it was filed on June 25, 2026, and additional time is needed to fully analyze the arguments, confer with the client, and prepare a thorough response, particularly in light of client and attorney holiday and travel plans.

5.     Plaintiff's consulted by phone call and email with Defendant's counsel, who consented to the extension.

6.     Moreover, Defendants Shenzhen Reekoos Houseware Co. Ltd. and Wiliang ("George") Gu are located in China, and are still in the process of being served.

7.     No case schedule has been established at this time.

8.     Accordingly, Plaintiff respectfully requests a twenty-one (21) day extension of time, up to and including July 30, 2026, to respond to the Motion to Dismiss.

9.     This is Plaintiff's ***first*** request for an extension of a deadline in this matter.

10.     Plaintiff's requested extension is sought in good faith and will not prejudice any party to this action. Further, the requested extension will not create any future case management problems or impact any scheduling deadlines.

11.     Pursuant to Local Rule 7.1(a)(3), the undersigned contacted Defendant Frost Buddy LLC's counsel by telephone on July 2, 2026, to request consent to the relief requested herein. Frost Buddy LLC's counsel represented that they had no objection to Plaintiff's request for a twenty-

one (21) day extension of time to respond to the Motion to Dismiss, which was also subsequently confirmed via email.

12.      Pursuant to Local Rule 7.1(a)(2), a proposed order is submitted herewith.

## CONCLUSION

WHEREFORE, Plaintiff Grill Rescue LLC d/b/a Rescue LLC, respectfully requests that this Court enter an Order granting this Motion for Extension of Time and extending Plaintiff's deadline to respond to Defendant Frost Buddy LLC's Motion to Dismiss through and including July 30, 2026; and granting such other and further relief as the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel certifies that counsel for Plaintiff conferred with counsel for Defendant Frost Buddy LLC on July 2, 2026, via telephone regarding the relief requested herein, and counsel for Defendant Frost Buddy LLC represented that they had no objection to the requested twenty-one (21) day extension of time. That same day, counsel for Defendant Frost Buddy LLC, Aleksey Shtivelmanm, Esq. of Shutts & Bowen LLP, also confirmed by email that Defendant Frost Buddy LLC had no objection to Plaintiff's requested extension.

Dated: July 2, 2026

FOX ROTHSCHILD LLP

*/s/ Adam Wolek*
Adam Wolek (Fla. Bar No. 1033265)
Fox Rothschild LLP
777 South Flagler Drive
Suite 1700, West Tower
West Palm Beach, FL 33401
Phone: (561) 835-9600
Fax: (561) 835-9602
awolek@foxrothschild.com

*Attorneys for Plaintiff*
*Grill Rescue LLC d/b/a Rescue LLC*

3

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

GRILL RESCUE LLC d/b/a RESCUE LLC,⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀Case No. 9:26-cv-80481-DMM
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
SHENZHEN REEKOOS HOUSEWARE CO.⠀⠀)
LTD; WEILIANG GU; and FROST BUDDY⠀⠀)
LLC⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Defendants.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

By:⠀⠀⠀⠀⠀⠀*/s/Adam Wolek*
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Adam Wolek

4