**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

GRILL RESCUE LLC d/b/a RESCUE LLC,

Plaintiff,

v.

SHENZHEN REEKOOS HOUSEWARE CO. LTD; WEILIANG GU; and FROST BUDDY LLC

Defendants.

Case No. 9:26-cv-80481-DMM

## NOTICE OF SELECTION OF MEDIATOR

Pursuant to the Court's Pretrial Scheduling Order and Order Referring Case to Mediation (Dkt. 28), and in accordance with Local Rule 16.2, the parties hereby give notice that they have agreed upon the selection of the following certified mediator:

**Bradley A. Winters, Esq.,** JAMS Mediator and Arbitrator

The parties will coordinate with the mediator to schedule mediation on a mutually agreeable date and time, to be completed no later than sixty (60) days before the trial period commencing February 22, 2027, as required by the Court's Order.

Dated: August 6, 2026

/s/ *Adam Wolek*
Adam Wolek (Fla. Bar No. 1033265)
FOX ROTHSCHILD LLP
777 South Flagler Drive, Suite 1700
West Palm Beach, FL 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602
awolek@foxrothschild.com
*Attorneys for Plaintiff*

/s/ *Aleksey Shtivelman*
Aleksey Shtivelman (Fla. Bar No. 99159)
SHUTTS & BOWEN LLP
200 South Biscayne Blvd., Suite 4100
Miami, FL 33133
Telephone: (305) 379-9135
ashtivelman@shutts.com

Michael J. Hickey (admitted pro hac vice)
Bridget Hoy (admitted pro hac vice)
LEWIS RICE LLC
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
Telephone: (314) 444-7600
mhickey@lewisrice.com
bhoy@lewisrice.com

*Attorneys for Defendant*
*Frost Buddy LLC*

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| GRILL RESCUE LLC d/b/a RESCUE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 9:26-cv-80481-DMM |
| SHENZHEN REEKOOS HOUSEWARE CO. LTD; WEILIANG GU; and FROST BUDDY LLC | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

By: *\/s/ Adam Wolek*
Adam Wolek