**UNITED STATES DISTRICT COURT FOR THE**
**SOUTERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

GRILL RESCUE LLC
d/b/a RESCUE LLC,

Plaintiff,

CASE NO.: 9:26-cv-80481-DMM

v.

SHENZHEN REEKOOS HOUSEWARE CO., LTD., WEILIANG GU and FROST BUDDY LLC
____________________________________/

## NOTICE OF APPEARANCE

Undersigned counsel gives notice of their appearance on behalf of Defendants, SHENZHEN REEKOOS HOUSEWARE CO., LTD. and WEILIANG GU, and request service of copies of notices, pleadings, correspondence and any other documents filed in this cause.

Dated: September 9, 2026

Respectfully submitted,

By: /s/ Jose I. Rojas
Jose I. Rojas
Florida Bar No.: 331546
E-mail: jrojas@rojaslawfirm.com
Alexander F. Rojas
Florida Bar No.: 124232
E-mail: arojas@rojaslawfirm.com
**ROJASLAW**
201 South Biscayne Blvd., 28th Floor
Miami, FL 33131
Tel.: (305) 446-4000

*Attorneys for Shenzhen Reekoos Houseware Co., Ltd and Weiliang Gu*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send a notice of such filing to all parties of record.

By: /s/ Jose I. Rojas
Jose I. Rojas